PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | MARTIN REYES FERNANDEZ-LOPEZ |
| **Docket Number:** | 1:03CR05067-001 SMS |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Sandra M. Snyder<br>United States Magistrate Judge<br>Fresno, California |
| **Original Sentence Date:** | 05/28/2003 |
| **Original Offense:** | 18 USC 1920, Making False Statements to Obtain Federal Employees Compensation (CLASS A MISDEMEANOR) |
| **Original Sentence:** | 5 years probation; mandatory drug testing; $25 SA; $174,737 restitution |
| **Special Conditions:** | 1) Search and seizure; 2) Provide financial information; 3) Drug treatment; 4) Drug testing; 5) No alcohol; 6) Mental health treatment; 7) Co-payment. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | May 28, 2003 |
| **Assistant U.S. Attorney:** | Virna Santos       **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Francine Zepeda       **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None |

---

### PETITIONING THE COURT

**[X] TERMINATE PROBATION AS SCHEDULED WITH REMAINING RESTITUTION BALANCE.**

**Comments:** Mr. Lopez was placed on probation on May 28, 2003. Since that date, Mr. Lopez has complied with all conditions of probation and has remained arrest-free throughout his supervision. In regards to Mr. Lopez's outstanding restitution (approximately $172,000), he has been able to

RE:   **FERNANDEZ-LOPEZ, Martin Reyes**
      **Docket Number:  1:03CR05067-01 SMS**
      **REPORT OF OFFENDER NON-COMPLIANCE**

contribute approximately $2,300 towards this outstanding obligation.  Despite his severe mental health condition, his medical disabilities, as well his obligation to take care of three young children, Mr. Lopez has made every attempt to satisfy his restitution obligation.  Mr. Lopez understands he must continue to pay restitution until this obligation is satisfied.  Additionally, the United States Attorney's Office, Financial Litigation Unit, was informed of Mr. Lopez's termination from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**SCOTT J. WATERS**
**Senior United States Probation Officer**
Telephone:  (559) 499-5726


**DATED:**     January 10, 2008
               Fresno, California
               SJW


**REVIEWED BY:**      /s/ Bruce A. Vasquez
                      **Bruce A. Vasquez**
                      **Supervising United States Probation Officer**

cc:   United States Probation
      Assistant United States Attorney
      Francine Zepeda, Federal Defender

RE:   **FERNANDEZ-LOPEZ, Martin Reyes**
      **Docket Number:  1:03CR05067-01 SMS**
      **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

( X )   **That supervision expire as scheduled on May 27, 2008, with restitution balance.**


IT IS SO ORDERED.

**Dated:    January 15, 2008**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE